People v Jackson (2025 NY Slip Op 06332)

People v Jackson

2025 NY Slip Op 06332

Decided on November 19, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 19, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
BARRY E. WARHIT
CARL J. LANDICINO
JAMES P. MCCORMACK, JJ.

2008-07751
 (Ind. No. 2826/05)

[*1]The People of the State of New York, respondent,
v
Erwin Jackson, appellant.

Erwin Jackson, Romulus, NY, appellant pro se.
Anne T. Donnelly, District Attorney, Mineola, NY (Monica M.C. Leiter of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 15, 2009 (People v Jackson, 65 AD3d 1164), modifying a judgment of the County Court, Nassau County, rendered July 30, 2008.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
IANNACCI, J.P., WARHIT, LANDICINO and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court